IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UKA MIN TUN-AUNG MIN,

    Plaintiff,

v.                                                                      No. 1:25-cv-00010-MIS-DLM

EAINT POE OU,
BO BO OO,
KYAW NAING and
KHIN SAN AYE,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE